UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | No.   1:15MJ4164ACL |
| The premises located at 103 North Walnut | ) | |
| Street, Kennett, Dunklin County, Missouri | ) | **FILED UNDER SEAL** |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

Comes now the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Tim J. Willis, Special

Assistant United States Attorney for this District, and moves the Court for an order directing the

Clerk of the District Court, without further notice to the Government, to unseal the search

warrant or other similar order, issued pursuant to Fed.R.Crim.P. 41, along with all related

documents, including the application, affidavit, and return filed in this matter.

Respectfully submitted this 5th day of April, 2016.

RICHARD G. CALLAHAN
United States Attorney


/s/ Tim J. Willis
Tim J. Willis, #62428MO
Special Assistant United States Attorney

SO ORDERED this 5th day of April , 2016.


UNITED STATES MAGISTRATE JUDGE